UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN JACOBSON, ) | USDC of Massachusetts Case No |
| ) | 05–CV-10664-MEL(Superior |
| ) | Court for Middlesex County |
| Plaintiff, ) | Civil Action No. 05-0060) |
| ) | |
| v. ) | |
| ) | |
| CVS, INC. ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF DAN JACOBSON'S  MOTION FOR REMAND TO STATE COURT OR FOR A DISCOVERY ORDER; AND REQUEST FOR SANCTIONS AGAINST DEFENDANT CVS CORPORATION FOR IMPROPER REMOVAL**

NOW COMES YOUR PLAINTIFF Dan Jacobson and hereby MOVES this HONORABLE COURT to enter its order REMANDING  this action to the Superior Court of the Commonwealth of Massachusetts, Middlesex County, or its ORDER setting a discovery schedule relating to jurisdiction, and states as his reasons therefor that the matter does not meet federal jurisdictional requirements respecting diversity of citizenship or amount in controversy, as is more fully set out in the accompanying memorandum.

        RESPECTFULLY SUBMITTED,
        DAN JACOBSON. PLAINTIFF
        BY HIS ATTORNEY

        _____

        Paul H. Merry, Esq.
        Law Office of Paul H. Merry
        44 School Street 10th Floor
        Boston, MA 02108
        (617) 720-2400
        BBO No. 343580


## CERTIFICATE OF SERVICE

    I, Paul H. Merry, hereby certify that the foregoing pleading was served on the defendant herein on _____ by mailing photocopies thereof, first class mail, postage prepaid, to its counsel of record.

        _____
        Paul H. Merry


DATED: