PAUL H. MERRY, ESQ.
44 SCHOOL STREET -- 10ᵀᴴ FLOOR
BOSTON, MASSACHUSETTS 02108
(617)-720-2400
FACSIMILE (617)-742-1887

Of Counsel, Messing, Rudavsky & Weliky, P.C.                          MERRYLAW@QUIK.COM

May 5, 2005

George Howarth
Courtroom Clerk/ECF to the Hon. Morris E. Lasker
Suite 4730United States District Court for the District of
Massachusetts
One Courthouse Way
Boston, MA 02210

       IN RE: Jacobson v. CVS, Inc., U.S.D.C. C.A. No. 05-10664-MEL

Dear Mr. Howarth:

       Please find transmitted herewith in a separate electronic
filing plaintiff Dan Jacobson's Motion for Remand and supporting
Memorandum of Reasons, as I mentioned when we spoke this morning.
I also noted Mr. Jacobson will deliver a hard copy both of the
Motion and the Exhibits and Cases by the end of the day tomorrow.

       Please file these in accordance with your customary practice
and please let me know immediately if any problems arise in
connection with this filing. Thank you for your assistance.

                                   Sincerely yours,



                                   Paul H. Merry


cc: Dan Jacobson
    Enclosures (also to cc)