UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-cv-10664 MEL

| | |
|---|---|
| DAN JACOBSON, )<br>    )<br>    Plaintiff, )<br>    )<br>vs. )<br>    )<br>CVS, INC. )<br>    )<br>    Defendant. ) | **STIPULATION OF THE PARTIES FOR REMAND TO STATE COURT** |

   Plaintiff Dan Jacobson and Defendant CVS, Inc., whose correct name is CVS Pharmacy, Inc., hereby stipulate and agree to remand of this matter to the Trial Court of the Commonwealth of Massachusetts, Superior Court Department, Middlesex County and to the dismissal of the above-entitled action in this Court, with prejudice and without costs, expenses and/or attorneys fees to either party. A proposed order is attached hereto.

Respectfully submitted,

| | |
|---|---|
| Dan Jacobson,<br>Plaintiff | CVS, Inc., whose correct name is<br>CVS Pharmacy, Inc., Defendant |
| By his attorneys, | By its attorneys, |
| /s/   Paul Merry | /s/   Siobhan M. Sweeney |
| Paul Merry<br>BBO # 343580<br>44 School Street<br>10th Floor<br>Boston, MA  02108<br>(617) 720-2400<br>Facsimile (617) 742-1887 | Siobhan M. Sweeny, Esq.<br>BBO #562118<br>EDWARDS & ANGELL, LLP<br>101 Federal Street<br>Boston, MA  02110<br>(617) 439-4444<br>Facsimile (617) 439-4170 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-cv-10664 MEL

| | |
|---|---|
| DAN JACOBSON,<br><br>     Plaintiff,<br><br>vs.<br><br>CVS, INC.<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER**

IT IS HEREBY ORDERED that, upon the Stipulation of the Parties for Remand to State Court, all claims of Plaintiff are remanded to the to the Trial Court of the Commonwealth of Massachusetts, Superior Court Department, Middlesex County and the above-entitled action in this Court is hereby dismissed, with prejudice and without costs, expenses and/or attorneys fees to either party.


DATED: _____, 2005           _____
                                        United States District Judge