UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-cv-10664 MEL

DAN JACOBSON,

    Plaintiff,

vs.

CVS, INC.

    Defendant.



ORDER

IT IS HEREBY ORDERED that, upon the Stipulation of the Parties for Remand to State Court, all claims of Plaintiff are remanded to the to the Trial Court of the Commonwealth of Massachusetts, Superior Court Department, Middlesex County and the above-entitled action in this Court is hereby dismissed, with prejudice and without costs, expenses and/or attorneys fees to either party.

DATED: 6/7, 2005

_____
United States District Judge

2